# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**703**

**KA 09-01467**

PRESENT: CENTRA, J.P., FAHEY, CARNI, SCONIERS, AND GREEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                         ORDER

SAMUEL L. HODGES, ALSO KNOWN AS COUNTRY,
DEFENDANT-APPELLANT.

---

KEVIN J. BAUER, ALBANY, FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (J. MICHAEL MARION OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

     Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered June 25, 2009.  The judgment convicted defendant, upon his plea of guilty, of rape in the first degree.

     It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  June 10, 2011                                    Patricia L. Morgan
                                                          Clerk of the Court